IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:23CR215 |
| vs. | |
| RICHARD BIRK HARRIS, | ORDER |
| Defendant. | |

The court finds, due to health issues of the previously appointed CJA panel attorney, that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that Joseph L. Howard, 1403 Farnam Street, Suite 232, Omaha, NE 68102, (402) 884-7044, is appointed to represent Richard Birk Harris for the balance of these proceedings pursuant to the Criminal Justice Act. Thomas J. Monaghan shall forthwith provide Joseph L. Howard any discovery materials provided to the defendant by the government and any such other materials obtained by Thomas J. Monaghan which are material to Richard Birk Harris's defense.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Joseph L. Howard.

DATED this 17th day of July, 2025

BY THE COURT:

Robert F. Rossiter, Jr.
Chief, U.S. Magistrate Judge