IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 8:23CR215 |
| Plaintiff, | |
| vs. | **MOTION FOR DOWNWARD VARIANCE** |
| RICHARD BIRK HARRIS, | |
| Defendant. | |

COMES NOW, Defendant Richard Birk Harris, by and through counsel, Joseph Howard and most respectfully moves this Court to vary downward from the advisory sentencing guidelines and impose a sentence of 120 months' imprisonment, followed by a minimal term of supervised release, as sufficient but not greater than necessary under 18 U.S.C. § 3553(a). In support, Mr. Harris relies on the record, his previously filed sentencing memorandum (R. Doc. 374), and submits a Brief in Support of this Motion for a Downward Variance.

Mr. Harris's role was that of a low-level, task-paid courier operating at the direction of others. The Revised PSR reflects that, unlike codefendants facing multiple substantive counts, he had limited involvement. He followed instructions from a higher-levels. He received fixed, modest compensation and his participation was brief. These facts align with U.S.S.G. § 3B1.2's mitigating-role considerations and the Sentencing Commission's policy guidance recognizing that those substantially less culpable than the average participant should receive a lesser sentence.

Further, considering the relevant § 3553(a) factors, a sentence at the mandatory minimum of 120 months is warranted. Mr. Harris's substantially lesser culpability, limited financial gain, short duration, absence of authority, and lack of sophistication are all mitigating. His personal history—substance use disorder, learning disability, low educational attainment, and mental health challenges—provides context for his peripheral conduct and supports a variance. A 120-month sentence reflects measured justice, promotes respect for the law, protects the public, and aligns with the Commission's policy to distinguish low-level, task-paid functionaries from organizers and profiteers.

Accordingly, Mr. Harris respectfully requests that the Court grant this motion and impose a sentence of 120 months. This sentence is sufficient, but not greater than necessary, to accomplish the goals of § 3553(a).

                              RICHARD BIRK HARRIS,

By:   */s/Joseph L. Howard*
      Joseph L. Howard, #22743
      DORNAN, TROIA, HOWARD, BREITKREUTZ,
      DAHLQUIST & KLEIN, P.C. LLO
      1403 Farnam Street, Suite 232
      Omaha, NE 68102
      Telephone: (402) 884-7044
      Email: JHoward@DLTLawyers.com
      *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2025 I electronically filed the foregoing Motion with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Thomas Kangior, Assistant United States Attorney

Danielle Fliam, Assistant United States Attorney

                        By:   */s/Joseph L. Howard*